IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY A. ROSENBERG,

     Plaintiff,                    No. CIV S-04-0834 LKK PAN PS

     vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et al.,

     Defendants.          <u>ORDER</u>

         On October 17, 2006, plaintiff filed a request to transfer this case to United States District Court for the District of Colorado. This action was dismissed and judgment entered on December 20, 2004. Plaintiff is hereby notified that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 15, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE